UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA, )
　　　　　　　　　　　　　　 )
　　　　Plaintiff,　　　　　　 )
　　　　　　　　　　　　　　 )
　　　　v.　　　　　　　　　　) 4:17CR036 RWS/DDN
　　　　　　　　　　　　　　 )
JUSTIN X. CARROLL,　　　　　 )
　　　　　　　　　　　　　　 )
a/k/a, MOperv　　　　　　　　 )
　　　　　　　　　　　　　　 )
　　　　Defendant.　　　　　　)

## INDICTMENT

### COUNT I

The Grand Jury charges that:

At all times pertinent to the charges in this indictment:

1. Federal law defined the term:

(a) "minor" to mean any person under the age of eighteen years (18 U.S.C. § 2256(a));

(b) "sexually explicit conduct" to mean actual or simulated

　　(I) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex,

　　(ii) bestiality,

　　(iii) masturbation,

　　(iv) sadistic or masochistic abuse, or

1

(v) lascivious exhibition of the genitals or pubic area of any person (18 U.S.C. §2256(2)(A)); and

(c) "computer" to mean an electronic, magnetic, optical, electrochemical or other high speed data processing device performing logical, arithmetic or storage functions, including any data storage facility or communications facility directly related to or operating in conjunction with such device. (18 U.S.C.§2256(6)).

(d) "child pornography" to mean any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where—

(A) the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct; or

(C) such visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaging in sexually explicit conduct.

2. The "Internet" was, and is, a computer communications network using interstate and foreign lines to transmit data streams, including data streams used to store, transfer and receive graphic files.

3. Between on or about November 20, 2015, to on or about December 20, 2016, within the Eastern District of Missouri and elsewhere,

**JUSTIN X. CARROLL, a/k/a., MOperv,**

the Defendant herein, did knowingly access with the intent to view material that contained images and videos of child pornography that has been mailed, or shipped, or transported using any means and facility of interstate and foreign commerce; that is, defendant used a Dell laptop

computer, a MacBook Air laptop computer, an iPhone, and the internet, which is a means and facility of interstate and foreign commerce, to access internet-based video conferencing to view images and videos of child pornography, including, but not limited to the following:

   a. A video that depicted, in part, a prepubescent minor male, approximately 3-6 years old, touching the erect penis of an adult male who was lying on his back and smoking a cigarette (F5);

   b. A video that depicted, in part, a young boy holding and fondling an adult male's erect penis. Later in the video, an adult male was depicted engaging in anal sex with a prepubescent minor male (F7);

   c. A video that depicted, in part, a prepubescent minor male, approximately 3-6 years old, using his feet to massage an adult male's erect penis. The video then depicted the adult male touching the young boy's erect penis. Later in the video, an adult used his index finger to anally penetrated the boy (F2, F9);

   d. A video that depicted, in part, a prepubescent minor male, approximately 3-6 years old, performing oral sex on an adult male. The video then depicted the prepubescent minor male straddling the male's upper chest (F4, F12);

   e. A video that depicted, in part, a prepubescent minor male being anally penetrated by a finger of an older male and then being anally penetrated by an object. The video then depicted an adult male engaging in anal sex with the prepubescent minor male (F13);

   f. A video that depicted, in part, a message in reverse image: "boybending" (image blocked); "the art of remotely directing a boy on webcam, through typing text and displaying videos, to achieve a desired pose or behavior"; "use of coercion or

3

blackmail is strictly forbidden." As the video continued, it quickly depicted a compilation of several scenes. The scenes started out with the title "boybender" in reverse image at the top. A few of the scenes consisted of a young prepubescent minor male being masturbated. Several scenes depicted prepubescent minor boys masturbating and ejaculating as well as inserting items into their anuses (A2); and

g. A video that depicted, in part, a prepubescent minor male laying on top of another prepubescent minor male licking his scrotum (A1);

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
ROBERT F. LIVERGOOD, #35432MO
Assistant United States Attorney

4