IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
ST. LOUIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| VS. ) | No. 4:17 CR 36 |
| JUSTIN X. CARROLL, ) | |
| Defendant. ) | |

# DEFENDANT JUSTIN X. CARROLL'S EMERGENCY MOTION FOR COMPASSIONATE RELEASE

Defendant Justin X. Carroll, by and through undersigned counsel, pursuant to the First Step Act of December 21, 2018, 132 Stat. 5194, 18 U.S.C. § 3582(c)(1)(A)(i), and 18 U.S.C. § 3582(c)(1)(A)(ii), hereby moves this Court for compassionate release from BOP custody, to live at the home of his wife in St. Louis under the supervision of the USPO for this Court. And because of Mr. Carroll's dire medical condition, he respectfully seeks expedited consideration of his request. This Motion is supported by a Memorandum of Law in Support of Defendant's Emergency Motion for Compassionate Release, which is filed contemporaneously herewith and incorporated herein by reference.

WHEREFORE, Defendant Justin X. Carroll respectfully requests that the Court grant his Motion and release him from BOP custody.

Dated: July 3, 2019

Respectfully submitted,

POLSINELLI PC

By: */s/ Cecelia K. Carroll*
CECELIA K. CARROLL (#61977MO)
100 South Fourth Street, Suite 1000
St. Louis, MO 63102
(314) 889-8000
ccarroll@polsinelli.com

OF COUNSEL:

*/s/ James B. Craven III*
JAMES B. CRAVEN III
NC State Bar 997
P.O. Box 1366
Durham, NC 27702
(919) 688-8295
JBC64@MINDSPRING.COM

*Attorneys for Defendant Justin X. Carroll*