UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:17CR0036 RWS ) |
| JUSTIN X. CARROLL, | ) ) ) |
| Defendant. | ) |

## NOTICE TO COURT

COMES NOW the United States of America, by and through Carrie Costantin, Attorney for the United States Acting Under Authority Conferred by 28 U.S.C. § 515, and Tiffany G. Becker, Assistant United States Attorney for said District, and regrets to inform the Court that the undersigned has received information from Bureau of Prison employees that defendant Justin Carroll passed away on July 27, 2019 at approximately 10:07 p.m.

Respectfully submitted,

CARRIE COSTANTIN
Attorney for the United States Acting
Under Authority Conferred by 28 U.S.C. §
515

*/s/ Tiffany G. Becker*
TIFFANY G. BECKER #46314MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2019, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

                                        */s/ Tiffany G. Becker*
                                        TIFFANY G. BECKER #46314MO
                                        Assistant United States Attorney