

U.S. Department of Justice
Federal Bureau of Prisons
*Federal Correctional Complex*
*Federal Medical Center*
P.O. Box 1600
Butner, NC 27509

July 29, 2019

Honorable Rodney W. Sippel
Chief United States District Court Judge
Eastern District of Missouri
111 South 10th Street
St. Louis, MO 63102

RE:   CARROL, Justin X.
      Reg. No.: 46530-044
      Docket No.: 4:17-CR-00036-001 RW

Dear Judge Sippel:

This letter is to advise you Mr. Justin X. Carroll, who was sentenced in your court on October 26, 2017, died at approximately 10:07 p.m. on Saturday, July 27, 2019. The cause of death was determined to be Metastatic Colon Cancer.

Mr. Carroll was serving a 54-month sentence for Access with Intent to View Child Pornography. He had a projected release date of September 25, 2021, via Good Conduct Time Release.

If I can provide any additional information or be of further assistance, please do not hesitate to contact me.

Sincerely,

T. Scarantino
Complex Warden

Page Two
CARROLL, Justin X.
Reg. No. 46530-044

cc:

Jeffrey B. Jensen, USA
US Attorney's Office
Eastern District of Missouri
111 S. 10th Street, 20th Floor
St. Louis, MO 63102

Scott Allen Anders, Chief
United States Probation Office
Eastern District of Missouri
111 S. 10th Street, Suite 2.325
St. Louis, MO 63102

D.J. Harmon
Mid-Atlantic Regional Director
Junction Business Park
Federal Bureau of Prisons
302 Sentinel Drive, Suite 200
Annapolis Junction, MD 20701